# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN


U.S. District Court
Wisconsin Eastern
JAN 3 1 2022
FILED
Clerk of Court

(Full name of plaintiff(s))

Dawiontae, TyRell Johnson

v.

(Full name of defendant(s))

Sheriff Christerpher Schmaling
Capt. Bradley Friend
Officer Trevor Trello

Case Number:

(to be supplied by Clerk of Court)

---

A. PARTIES

1. Plaintiff is a citizen of __USA__, and is located at
   (State)

   __717 Wisconsin Ave / Racine, Wis 53403__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Sheriff Schmaling / Cap. Friend / CO. Trevor Trello__
   (Name)

   is (if a person or private corporation) a citizen of __USA__

Complaint – 1

Case 2:22-cv-00122-BHL   Filed 01/31/22   Page 1 of 5   Document 1

and (if a person) resides at _Sheriff Schmaling / Capt. Friend_ (State, if known)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Rainee County Jail_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

(Incident # 21-002405)

1. Sheriff Schmaling / Jail Administrator Capt. Bradley Friend / officer Trevor Trello —

2.) Sheriff Schmaling allowed me to be housed in the Rainee County Jail (RCJ), wit a outdated Security System. As a Result of This, I was assaulted which cause me physical Pain & Suffering / Emotional Distress (PPS/ED)... Capt Bradley Friend, failed to up grade, and make sure the (RCJ) Security System was operating / functioning proper. As a result of this I was assaulted which cause me (PPS/ED).

Complaint – 2

(Incident # 21-002405)

CO. Trevor Trello Failed To Make Sure The (RCJ) Security System was Functioning Proper at The Start Of His Shift. As a Result Of This I was Assaulted which cause me (PPS/ED). A Inmate was able To Enter Into The Main Day Room Of Segregation When I was order By Officer Trevor Trello To come An Recive my Dinner Tray As a Result Of This I was Assaulted With mop Bucket, Bite/Cut which cause (PPS/ED).

3.) This Incident Happen on 12/2/21 At approximately 1717 Hours.

4.) This Incident Happen At The Racine County Jail on The 3rd Floor, 3D Seg Dayroom Common Area.

5.) I Believe This Incident Happen Because of The (RCJ) Negligence.

In Following chain of command I Submitted Request To The Following: (Sgt. Morris) Which I NEVER Recived a Respone Back which was Dated on 12/9/21 An on 12/23/21 No Comment was givorng as a Respone. On 12/23/21 I, Dulvlontes Johnson (7# 121310 Submitted a Request to (LT Yon) Which He Respone on 12/27/21 And Stated It Would Be Looked Into,

Complaint – 3

Case 2:22-cv-00122-BHL Filed 01/31/22 Page 3 of 5 Document 1

on 12/27/21 He Stated It would be Looked Into. Incident #(21-002405)

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like to be awarded 4 million Dollars for my physical pain & suffering/Emotional Distress I would like The (RCJ) To pay In Full, Any *Future medical bills/meds/programs, or Treatment cost In Connection To What I was Force To Endure. —

I would like An apology from all parties. — I would like The (RCJ) To up grade There Security System as well To Ensure The Safty of myself, staff and others.

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __27__ day of __January__ 20__22__.

Respectfully Submitted,

__Mr. Dawontae Johnson__
Signature of Plaintiff

__# 121310__
Plaintiff's Prisoner ID Number

__Dawiontae Tyrell Johnson__
__717 Wisconsin Ave / Racine, Wis 53403__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5